Benítez, Recurrente, *v.* El Registrador de San Juan, Sección Primera, Recurrido.

García, Recurrente, *v.* El Registrador de San Juan, Sección Primera, Recurrido.

Recursos gubernativos contra notas del Registrador de la Propiedad de San Juan, Sección Primera, denegando la inscripción de escrituras de venta.

Nos. 299 y 301.—Resueltos en diciembre 22, 1916.

Resueltos por los fundamentos de la opinión en el recurso 298, *Castro* v. *El Registrador de San Juan, Sección Primera,* (página 695).

Abogado de los recurrentes: *Sr. Manuel Benítez Flores.*

El registrador recurrido Sr. José S. Belaval, no compareció.

*Confirmadas las notas recurridas.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.